UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MILLGARD CORPORATION, :
          Plaintiff : Civil Action Number:
: 3:00CV1685 (CFD)
vs. :
:
WHITE OAK CORPORATION, et al., :
:
          Defendants :

## ORDER RE: SCHEDULING OF TRIAL

All counsel of record are ordered to appear before the Court, on **January 9, 2004 at 11:00 A.M.** to discuss the trial readiness and scheduling of this case for trial.

Counsel are to discuss in advance the following matters and should be prepared to provide the court with the following information jointly:

1. A list of dated between February 1, 2004 and June 1, 2004 when counsel are unavailable for trial;

2. How long the trial is expected to last;

3. Issues raised in the pre-trial memorandum which need to be resolved in advance of trial;

4. Whether the parties would be agreeable to having their case heard by Magistrate Judge Thomas P. Smith; and

5. Whether a settlement conference would be appropriate.

**NOTE**: As of January 9, 2004, this case is considered ready for immediate trial.

SO **ORDERED** this 1st day of December, 2003, at Hartford Connecticut.

                                                /s/ CFD
                                     CHRISTOPHER F. DRONEY
                                     UNITED STATES DISTRICT JUDGE