UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MILLGARD CORPORATION<br>    Plaintiff. | CIVIL ACTION NO. 3:00 CV 1685 (CFD) |
| V. | |
| WHITE OAK CORPORATION, et al<br>    Defendants | December 3, 2003 |

MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

    Pursuant to Local Rule of Civil Procedure 15, I hereby move to withdraw my appearance on behalf of the defendant White Oak Corporation. White Oak will continue to be represented by able counsels Raymond Garcia and Frederick Hedberg. This motion to withdraw is being made because I have left the firm of Garcia & Milas, P.C., who has contracted with White Oak for representation. This motion will be forwarded to White Oak and all appearing counsel via Raymond Garcia and/or Frederick Hedberg.

    The clerk is also respectfully requested to update my address to the following:

Douglas A. Frey
P.O. Box 402
Milford, CT 06460

## CERTIFICATION

This is to certify that a true copy of the foregoing Motion for Permission to Withdraw Appearance was delivered to me by Attorney Douglas A. Frey and is being sent at his request via first class mail postage prepaid to the following counsel of record on this 5th day of December, 2003.


Christopher W. Huck, Esq.
Michelson, Kane, Royster & Barger, P.C.
93 Oak Street
Hartford, CT 06106

White Oak Corporation
7 W. Main Street
Plainville, CT  06062

Jane I. Milas
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT  06510
Tel. (203) 773-3824
Facsimile (203) 782-2312
Federal bar # ct01271