TOTAL TIME: ___ hours **5** minutes          DEPUTY CLERK _Devo_    _Droney_    RPTR/ERO/TAPE _marshall_

DATE **1-9-04**       START TIME **11:50**   END TIME **11:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Millgard**           CIVIL NO. **3:00CV1685 CFD**
vs.                                                    Plaintiff's Counsel
**White Oak**              § § □ SEE ATTACHED CALENDAR FOR COUNSEL
                           § § §                    _Milas_
                                                    Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ (call./h) Call of the Calendar held  □ (call./set) Call of the Calendar over to _____
□ (jyselect. h) Jury Selection held  □ Jury Selection continued until _____

Motion _____  □ granted □ denied □ advisement
Motion _____  □ granted □ denied □ advisement
Motion _____  □ granted □ denied □ advisement
Motion _____  □ granted □ denied □ advisement
                                 □ filed □ docketed
                                 □ filed □ docketed
                                 □ filed □ docketed
                                 □ filed □ docketed

_____ # jurors present
_____ # jurors absent
Voir Dire oath administered by Clerk □ previously administered by Clerk
Voir Dire by Court
_____ jurors excused (See attached)
Panel of _____ drawn (See attached)
Peremptory challenges exercised (See attached)
Jury of _____ drawn (See attached) □ and sworn □ Jury Trial commences
Remaining jurors excused
Discovery deadline set for _____
Disposition Motions due _____
Joint trial memorandum due _____
Trial continued until _____ at _____

□ COPY TO: JURY CLERK