UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE MILLGARD CORPORATION         CIVIL ACTION NO. 3:00 CV 1685 (CFD)
    Plaintiff.

V.

WHITE OAK CORPORATION, et al         December 3, 2003
    Defendants

MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 15, I hereby move to withdraw my appearance on behalf of the defendant White Oak Corporation. White Oak will continue to be represented by able counsels Raymond Garcia and Frederick Hedberg. This motion to withdraw is being made because I have left the firm of Garcia & Milas, P.C., who has contracted with White Oak for representation. This motion will be forwarded to White Oak and all appearing counsel via Raymond Garcia and/or Frederick Hedberg.

The clerk is also respectfully requested to update my address to the following:

Douglas A. Frey
P.O. Box 402
Milford, CT 06460

FILED 2004 JAN 20 A 7 48
U.S. DISTRICT COURT
HARTFORD, CT.