UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT 2004 MAY 28 P 12: 47

U.S. DISTRICT COURT
HARTFORD, CT.

MILLGARD CORP

v

WHITE OAK CORP.

CASE NO. 3:00cv1685 (CFD)

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on May 21, 2004 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on **June 21, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 28th day of May, 2004.

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk