UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------
THE MILLGARD CORPORATION    )
                            )      CIVIL ACTION NO.
v.                          )      3:00CV1685(CFD)
                            )
WHITE OAK CORPORATION       )      JUNE 17, 2004
-------------------------------
```

**MOTION FOR EXTENSION OF TIME**
**TO FILE CLOSING PAPERS**

By Order dated May 28, 2004, the Court instructed the parties to file closing papers or report to the Court that this case is not in fact settled by June 21, 2004. The Plaintiff, The Millgard Corporation ("TMC"), hereby moves for a thirty-day extension of time until July 21, 2004 to comply with said order.

TMC is subject to a Plan of Liquidation (the "Plan") confirmed by the United States Bankruptcy Court for the Eastern District of Michigan (Southern Division) effective as of December 5, 2003. While the parties have been discussing a tentative agreement to resolve this case, the Plan requires TMC to obtain the approval of certain of its creditors prior to compromising any claims, including the claims at issue in this action.

TMC is currently awaiting responses from its creditors as to the parties' proposed disposition of this matter. Accordingly, the parties need additional time to either file closing papers or report that the case is in fact not settled.

The Defendant, White Oak Corporation, consents to the granting of this motion.

```
                              THE PLAINTIFF,
                              THE MILLGARD CORPORATION



                              By:_____
                                  Christopher W. Huck
                                  Federal Bar No. CT15219
                                  Michelson, Kane, Royster &
                                    Barger, P.C.
                                  93 Oak Street
                                  Hartford, CT 06106
                                  Tel: (860)522-1243
                                  Fax: (860)548-0194
                                  cwhuck@snet.net
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 17th day of June, 2004 to all counsel of record as follows:

Jane I. Milas, Esq.
Frederick E. Hedberg, Esq.
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510

```
                              _____
                              Christopher W. Huck
```