UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| THE MILLGARD CORPORATION | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:00CV1685(CFD) |
| | ) | |
| WHITE OAK CORPORATION | ) | JULY 20, 2004 |

---

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of Civil Procedure, the Plaintiff and the Defendant hereby stipulate to the voluntary dismissal of the above-captioned action.

THE PLAINTIFF,
THE MILLGARD CORPORATION

By: _____
Christopher W. Huck
Federal Bar No. CT15219
Michelson, Kane, Royster &
  Barger, P.C.
93 Oak Street
Hartford, CT 06106
Tel: (860)522-1243
Fax: (860)548-0194
cwhuck@snet.net

THE DEFENDANT,
WHITE OAK CORPORATION

By: _____
Jane I. Milas, Esq.
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
Tel: (203)773-3824
Fax: (203)782-2312
jmilas@garciamilas.com
Federal Bar No. ct01271